**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Henry Elliott Batiste v. The State of Texas

Appellate case numbers:    01-19-00837-CR
                            01-19-00838-CR

Trial court case numbers:   18CR1642
                            18CR1643

Trial court:                10th District Court of Galveston County, Texas

Appellant, Henry Elliott Batiste, has filed a notice of appeal of two judgments of conviction by jury for felony offenses of aggravated assault with a deadly weapon and assault family violence impeding breath or circulation. On April 7, 2020, appellant filed his Appellant's Brief in appellate cause number 01-19-00837-CR. On April 8, 2020, appellant filed his Appellant's Brief in appellate cause number 01-19-00838-CR. In each appeal, Appellant also has filed a motion to consolidate the two appeals "for purposes of briefing, argument and decision."

More than ten days have passed since appellant filed the motion and the State has filed no response. *See* TEX. R. APP. P. 10.3. We **deny** the motion to consolidate. *See* TEX. R. APP. P. 12.2.

The State's deadlines to file an appellee's brief in each appeal are not extended or in any other way amended by this order. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: ___/s/ Evelyn V. Keyes_____
                   ☑ Acting individually     ☐ Acting for the Court

Date: ___April 23, 2020_____